IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Frank Dubois<br>Plaintiff<br><br>vs.<br><br>Commercial Recovery Systems, Inc.<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 08-2334 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Frank Dubois, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

                BY: /s/ Bruce K. Warren
                     Bruce K. Warren, Esquire
                     Attorney for Plaintiff
                     Attorney I.D. #89677
                     Warren, Vullings & Vassallo, LLP
                     1603 Rhawn Street
                     Philadelphia, PA  19111
                     215-745-9800